# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                   CASE NO.  3:05cr120/RV

LOUIS DOQUI MCCLAIN

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   January 20, 2006
Motion/Pleadings:   MOTION to Dismiss Indictment without prejudice
Filed by   United States     on 1/20/2006     Doc.#   16
RESPONSES:

                                          on             Doc.#
                                          on             Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                          s/Jerry Marbut
LC (1 OR 2)                      Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  23rd  day of  January , 2006, that:*
*(a) The relief requested is GRANTED.*
*(b)*


                                                    /s/ *Roger Vinson*
                                                        ***ROGER VINSON***
                                      *Senior United States District Judge*